**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

CAROL D. CHRISTOPHER,      :
                                    :
            Plaintiff,          :
                                      :
v.                               :     CASE NO. 3:14-CV-106-MSH
                               :       Social Security Appeal
CAROLYN W. COLVIN,        :
Commissioner of Social Security,  :
                               :
           Defendant.      :

_____

## ORDER

      The parties have consented to remand in this case.  Consent Mot. to Remand 1, ECF No. 14.  Consequently, this Court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. § 405(g) to the Commissioner for further proceedings consistent with the motion.  *See Shalala v. Schaefer*, 509 U.S. 292, 297 n.2 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 100 n.2 (1991).  Specifically, on remand, the Appeals Council shall reprocess Plaintiff's request for review to cover both her Title II and her Title XVI claims and issue a decision determining whether review of Plaintiff's Title II claim is appropriate.  The hearing in this matter, previously set for March 9, 2015, is hereby canceled.  Additionally, Plaintiff's currently pending motion (ECF No. 12) is dismissed as moot.

      SO ORDERED this 5th day of March, 2015.

                    /s/ Stephen Hyles_____
                    UNITED STATES MAGISTRATE JUDGE